IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CYNTHIA JUAREZ-DAVENPORT | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| ARANSAS COUNTY, TEXAS; and | § | 2:19-CV-00240 |
| SHERIFF WILLIAM MILLS, *in his* | § | JURY TRIAL |
| Official Capacity | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Please be advised that the Plaintiff and Defendant have settled and resolved all matters between them and anticipate presenting the Court with an Agreed Order of Dismissal With Prejudice within thirty (30) days.

Respectfully submitted,

CULLEN, CARSNER, SEERDEN & CULLEN, LLP
P. O. Box 2938, Victoria, Texas 77902
(361) 573-6318
Fax: (361) 573-2603

By:       /s/ *Kevin D. Cullen*
          Kevin D. Cullen
          State Bar No. 05208625; Federal ID No. 957
          kcullen@cullenlawfirm.com

          ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading has been served on all counsel of record on this the 15th day of September, 2020 via ECF electronic notice in compliance with Rule 5 of the Federal Rules of Civil Procedure and paragraph 9 of the Southern District of Texas's Administrative Procedures for Electronic Filing in Civil and Criminal Cases by notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure.

          /s/ *Kevin D. Cullen*
          Kevin D. Cullen